# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0938. JPMORGAN CHASE, BANK, N.A. v. MICHAEL A. CRONAN.

Upon consideration of the Joint Motion to Remand to Trial Court in the above-styled case, it is hereby ordered that the motion is GRANTED. The case shall be remanded to the trial court until such time as the entire record is prepared. As explained in the joint motion, the "entire record" includes the records from the 2014 consolidated case as well as the hearing transcripts specifically designated in the notice of appeal filed in this case. Once the entire record is prepared, appellant shall have thirty (30) days to re-institute the appeal by filing a new notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*